DAVID R. SIDRAN (SBN 7517)
dsidran@sidranlaw.com
THOMAS A. LARMORE (SBN 7415)
tlarmore@sidranlaw.com
**SIDRAN LAW CORP**
7251 W. Lake Mead Blvd., 3rd Floor
Las Vegas, NV 89128
Telephone & Facsimile: (702) 551.2015

Attorneys for Defendant, TESLA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOUAD ELIAS KHOURY, an individual, and JUMANA KHOURY, an individual<br><br>Plaintiffs.<br><br>vs.<br><br>TESLA, INC., a corporation; and DOES 1 through 10 inclusive<br><br>Defendant. | Case No. 2:24-cv-01179<br><br>**FIRST AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiffs, FOUAD ELIAS KHOURY and JUMANA KHOURY ("Plaintiffs")  and

Defendant, TESLA, INC. ("TESLA") by and through their respective counsel, pursuant to Rule

26(f)(2) of the Federal Rules of Civil Procedure, hereby submit their Amended Joint Discovery

Plan and Scheduling Order ("Amended Discovery Order").

/ / /

/ / /

/ / /

/ / /

**SIDRAN LAW CORP**
2010 Crow Canyon Pl. #100
San Ramon, CA 94583
Tel. & Fax: (925) 529-1350

The Discovery Order is amended as follows:

**1.b. v. Pretrial Order:** The date for filing the joint pretrial order shall not be later than **July 10, 2025**, 31 days after the cut-off date for filing dispositive motions.

## <u>AFFIRMATION</u>

Pursuant to NRS 239B.030, the undersigned hereby affirms that this document does not contain the social security number of any person.

IT IS SO STIPULATED.

Dated this 6th day of June, 2025

AMAR LAW GROUP, PLLC

By /s/ Robert B. Katz          /
Robert B. Katz, Esq.
Nevada Bar No. 7768
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV  89101

*Attorneys for Plaintiffs*

SIDRAN LAW CORP

By /s/ David R. Sidran          /
David R. Sidran
Nevada Bar No. 7517
Thomas A. Larmore
Nevada Bar No. 7415
7251 W. Lake Mead Blvd., Ste 300
Las Vegas, NV  89128

*Attorneys for Defendant*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date:    June 6, 2025

**DEFENDANT, TESLA, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT**