Robert B. Katz, Esq., SBN 7768
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV  89102
(702) 852-2929 – phone
(866) 226-1333 - fax
docs@amarlawgrp.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOUAD ELIAS KHOURY, an individual, and JUMANA KHOURY, an individual<br><br>Plaintiffs,<br><br>    vs.<br><br>TESLA, INC., a corporation; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No.: 2:24-cv-01179<br><br>**STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

### STIPULATION TO CONTINUE

### MANDATORY SETTLEMENT CONFERENCE

It is hereby stipulated, between Plaintiffs, Fouad and Jumana Khory, by and through their attorney of record, Robert B. Katz, Esq., of the Amar Law Firm, and Defendant, Tesla, Inc., by and through its attorney of record, David R. Sidran, Esq., of the Sidran Law Corp., that the Mandatory Settlement Conference, currently scheduled for October 29, 2025, should be continued to a date and time between December 1 through December 12, 2025, consistent with the court's calendar.

/ / /

STIPULATION TO CONTINUE MSC- 1

This continuance is requested because Plaintiffs, Fouad and Jumana Khoury are unavailable on October 29, 2025, as they have a preplanned and pre-booked vacation and will be out of the country.

DATED this 4th day of September, 2025.

AMAR LAW GROUP, PLLC

By ___/s/ *Robert B. Katz* _____
Robert B. Katz, Esq., SBN 7768
AMAR LAW GROUP, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV  89101

*Attorneys for Plaintiffs*

Dated: ____9/4/25_____                SIDRAN LAW CORP.

By: ____/s/ *David R. Sidran*_____
David R. Sidran, Esq., #7517
SIDRAN LAW CORP.
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV  89128

### **ORDER**

Having received the Parties' Stipulation to Continue Mandatory Settlement Conference, and good cause appearing, the Mandatory Settlement Conference in this matter is continued to **December 10, 2025, at 10:00 A.M.,** Briefs are due on **December 3, 2025, by 4:00 P.M.** Counsel must send—along with their confidential written evaluation statement (see section IV)—their preferred e-mail address for the Zoom invitation to judicial clerk Brenna Irving at brenna_irving@nvd.uscourts.gov.

Dated:  __September 5, 2025___                    _____
UNITED STATES MAGISTRATE JUDGE