Robert B. Katz, Esq., SBN 7768
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV  89102
(702) 852-2929 – phone
(866) 226-1333 - fax
docs@amarlawgrp.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FOUAD ELIAS KHOURY, an individual, and JUMANA KHOURY, an individual<br><br>Plaintiffs,<br><br>     vs.<br><br>TESLA, INC., a corporation; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No.: 2:24-cv-01179<br><br>**PROPOSED STIPULATION AND REQUEST TO VACATE SETTLEMENT CONFERENCE** |

To the Hon. Elayna J. Youchah:

Plaintiffs, Fouad Khoury and Jumana Khoury, by and through their attorneys of record, Robert B. Katz, Esq., of the Amar Law Group, and Defendant Tesla, Inc., by and through its attorneys of record, David Sidran, Esq., of the Sidran Law Corp., hereby stipulate and request that the court vacate the Settlement Conference, currently scheduled on December 10, 2025.

/ / /

/ / /

The reason for the request is that the parties have reached a settlement in principle and believe that a formal settlement agreement will be finalized shortly.

DATED this 21st day of October, 2025.

AMAR LAW GROUP, PLLC

By ___/s/ *Robert B. Katz* _____
Robert B. Katz, Esq., SBN 7768
AMAR LAW GROUP, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV  89101

*Attorneys for Plaintiffs*

SIDRAN LAW CORP.

By: ___/s/ *David R. Sidran* _____
David R. Sidran, Esq. SBN 7517
7251 W. Lake Mead Blvd., 3rd Floor
Las Vegas, NV  89128

*Attorneys for Defendant*

## ORDER VACATING SETTLEMENT CONFERENCE

Having received the Parties' Stipulation and Request to Vacate Settlement Conference, **GOOD CAUSE** appearing therefrom, it is hereby **ORDERED** that the Settlement Conference in this matter, currently scheduled on December 10, 2025, is hereby **VACATED**.

Dated:  October 28, 2025

UNITED STATES MAGISTRATE JUDGE