DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
Email: eservice@sidranlaw.com
Attorney for Defendants, TESLA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOUAD ELIAS KHOURY, an individual, and JUMANA KHOURY, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC., a corporation; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No.: 2:24-cv-01179<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, through their respective undersigned counsel of record, that Plaintiffs, FOUAD ELIAS KHOURY and JUMANA KHOURY have settled their claims against Defendant, TESLA INC, and that their complaint against Defendant, TESLA INC., shall be dismissed in its entirety with prejudice, with the parties to bear their own attorney's fees and costs.

//

//

//

//

AMAR LAW GROUP, PLLC                          Dated: January 27, 2026


By: /s/ Robert B. Katz
Robert B. Katz, Esq.,
Nevada Bar Number 7768
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89102
(702) 852-2929 - phone
(866) 226-1333 - fax
docs@amarlawgrp.com
Attorney for Plaintiff


SIDRAN LAW CORP                               Dated: January 27, 2026


By: /s/ *David R. Sidran*
DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Attorney for Defendant, TESLA, INC.


### ORDER

IT IS HEREBY ORDERED that the Stipulation and Order for Dismissal of Complaint with

Prejudice (ECF No. 32) is GRANTED.

The Clerk of Court is directed to close this case.


Dated: __January 27__, 2026

_____
U.S. MAGISTRATE JUDGE


STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE